UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| RHONDA L. DENNEY, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | 3:14-cv-00094-RLY-WGH |
| CAROLYN W. COLVIN Acting Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Rhonda L. Denney filed a request for judicial review of the final decision of the Commissioner of the Social Security Administration denying Plaintiff's application for Supplemental Security Income under Title XVI of the Social Security Act. The court referred the matter to the Magistrate Judge, who issued his report and recommendation. The Magistrate Judge concluded that the ALJ committed reversible errors and recommended that the court remand the action. Neither party objects. After review, the court **ADOPTS** the Magistrate Judge's report and recommendation (Filing No. 21), **REVERSES** the ALJ, and **REMANDS** this action.

**SO ORDERED** this 24th day of April 2015.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

1

Distributed Electronically to Registered Counsel of Record.